AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, LM Property and Casualty Insurance Company, Safeco Company of Indiana, and American States Insurance Company,<br><br>*Plaintiff(s)*<br><br>v.<br><br>BSD OS LLC, Luminex BK LLC, Yitzhak Rahman, Wellspring Solutions LLC, Nexgen Line Inc., Giora Bennissim, TM OS LLC, Vital Craft OS LLC, Mark Benjamin Pelta, and John Doe Defendants 1-10,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.   25-CV-1889<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    See Attached Rider "A"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Frank P. Tiscione, Esq.
    Rivkin Radler LLP
    926 RXR Plaza
    Uniondale, New York 11566
    516-357-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  04/07/2025

*Cynthia Valera*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# RIDER "A" TO SUMMONS
### Liberty Mutual Insurance Company, et al. v. BSD OS LLC, et al.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY,
LIBERTY MUTUAL FIRE INSURANCE COMPANY,
LIBERTY INSURANCE CORPORATION, THE FIRST
LIBERTY INSURANCE CORPORATION, LM INSURANCE
CORPORATION, LIBERTY MUTUAL MID-ATLANTIC
INSURANCE COMPANY, LIBERTY COUNTY MUTUAL
INSURANCE COMPANY, LM PROPERTY and CASUALTY
INSURANCE COMPANY, SAFECO COMPANY OF
INDIANA, and AMERICAN STATES INSURANCE
COMPANY,

Docket No.:

                                    Plaintiffs,

      -against-

BSD OS LLC,
LUMINEX BK LLC,
YITZHAK RAHMAN,
WELLSPRING SOLUTIONS LLC,
NEXGEN LINE INC.,
GIORA BENNISSIM,
TM OS LLC,
VITAL CRAFT OS LLC,
MARK BENJAMIN PELTA, and
JOHN DOE DEFENDANTS 1-10,
                                  Defendants.
------------------------------------------------------------------------------X

**Named Defendant:**

**BSD OS LLC**
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

**LUMINEX BK LLC**
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

**YITZHAK RAHMAN**
1479 East 2nd Street, Unit LL
Brooklyn, New York 11230

**WELLSPRING SOLUTIONS LLC**
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

**NEXGEN LINE INC.**
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

**GIORA BENNISSIM**
763 Ocean Pkwy Apt 3B
Brooklyn, NY 11230-2270

**TM OS LLC**
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

**VITAL CRAFT OS LLC**
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

**MARK BENJAMIN PELTA**
2477 Nostrand Avenue, Unit 3F
Brooklyn, New York 11210